Commonwealth *v.* Poindexter, Appellant.

Argued December 8, 1970. *F. Emmett Fitzpatrick, Jr.,* with him *Joseph Michael Smith,* and *Fitzpatrick and*

776

*Smith,* for appellant; *James D. Crawford,* Deputy District Attorney, with him *Norris Gelman* and *Milton M. Stein,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.